Clerk

# United States Court of Appeals

FILED

For the Seventh Circuit
Chicago, Illinois 60604

MAY 19 2005

May 16, 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

*Before*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| CLINTON T. ELDRIDGE,<br>    Petitioner-Appellant,<br><br>No. 05-1258    v.<br><br>RANDY J. DAVIS, S. RUGGERI,<br>Lieutenant, and A. MEYERS,<br>    Respondents-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 04 C 481<br>]<br>] J. Phil Gilbert,<br>]    Judge. |

    Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

    IT IS ORDERED that the motion for leave to proceed on appeal in forma pauperis is DENIED. *See Lee v. Clinton,* 209 F. 3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman,* 123 F. 3d 429, 434 (7th Cir. 1997).